IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERVIN GAGAS,

                                                   ORDER

            Plaintiff,

                                                   06-C-651-C

      v.

WISCONSIN CENTRAL, LTD.,

            Defendant and Third Party Plaintiff,

SAMUELS RECYCLING COMPANY and
RESIDUAL MATERIALS, INC.,

            Third Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The trial in this case has been rescheduled from November 9, 2007 to January 7, 2008. Because the playing field has changed substantially since the time the parties filed their original pretrial submissions, I have given the parties a new deadline of December 27, 2007, to file new trial submissions. Accordingly, all pending pretrial motions, including motions in limine (dkt. nos. 72, 79-81) and defendant Wisconsin Central's motion to strike certain pretrial disclosures (dkt. no. 65) are DENIED WITHOUT PREJUDICE to the parties' refiling them with any necessary changes on or before December 27. The parties are to file any amendments to their pretrial disclosures within the deadline imposed by Fed. R.

1

Civ. P. 26(a)(3).

Entered this 19th day of November, 2007.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge